United States District Court
Southern District of Texas
**ENTERED**
September 19, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| RAMIRO ZUNIGA ORTIZ, | § | |
| Petitioner, | § | |
| v. | § | |
| | § | Civil Action No. 1:18-cv-00110 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 17). The R&R recommended the Court (1) dismiss with prejudice Petitioner's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" ("Petitioner's Motion") (Docket No. 1), (2) refuse to issue a certificate of appealability, and (3) direct the Clerk of Court to close the above-captioned case. Docket No. 17 at 1. Ramiro Zuniga Ortiz ("Petitioner") did not object to the R&R.

After a review of the file for clear error, the Court **ADOPTS** the R&R. Petitioner's Motion (Docket No. 1) is **DISMISSED WITH PREJUDICE**. The Court **DECLINES** to issue a certificate of appealability, and the Clerk of Court is **ORDERED** to close the above-captioned case.

Signed on this \_\_19th\_\_ day of \_\_September\_\_, 2019.

Rolando Olvera
United States District Judge